SHERYL A. STRAIN
CHAPTER 7 TRUSTEE
1875 E. ALLUVIAL AVE., #101
FRESNO, CA 93720
PHONE: (559) 297-3266
FAX:    (559) 297-3272

FILED
July 13, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002774513

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of: | Case No.: 10-11985-B |
| GERALD EUGENE MAGNER and JOANNE ELIZABETH MAGNER | DC No.: SAS-001 |
| Debtors. | **MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY** |
| | Date: 8/11/2010 |
| | Time: 10:00 a.m. |
| | Dept: B |
| | Judge: Honorable W. Richard Lee |

**TO THE HONORABLE RICHARD LEE UNITED STATES BANKRUPTCY JUDGE:**

1. Sheryl A. Strain duly appointed qualified, and acting Trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on February 26, 2010 and Sheryl A. Strain was appointed Chapter 7 Trustee.

3. This Court has jurisdiction over this proceeding by virtue of U.S.C. §1334(a). This a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate is a 1996 GMC Sonoma Club Coupe Pickup, ("Sonoma") mileage 69,123 Vehicle Identification No.: 1GTCS19X5T8530662 with an approximate fair market value of $1,750.00.

5. The debtors schedule listed the value of the Sonoma at $1,575.00. The Trustee performed her own valuation of the Sonoma. The debtors claimed $0.00 of the value of the 1996 Sonoma Club Coupe Pickup exempt.

6. The Trustee has received an offer from the debtors, Gerald Eugene Magner & Joanne Elizabeth Magner to purchase the non-exempt equity in the Sonoma for the total sum of $1,485.00 cash. The total sum of $1,485.00 has been received by the estate.

7. In deciding to accept the proposed offer, the Trustee took into consideration the fair market value of the vehicle and the costs associated with taking possession of, storing, and selling the vehicle at auction. The Trustee does not believe that the estate would net a higher amount by selling the vehicle at auction.

8. The Trustee believes that sales of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE,** the Trustee prays that after appropriate notice and opportunity to be heard, she be authorized to sell the above-described asset to the debtors, Gerald Eugene Manger & Joanne Elizabeth Manger, for the total sum of $1,485.00.

Dated: July 13, 2010 /s/
Sheryl A. Strain
Chapter 7 Trustee